**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID KEYNES<br><br>*Plaintiff*,<br><br>*v*.<br><br>JOHN AND JANE DOES 1 THROUGH 100,<br>JOHN DOE CORPORATIONS 1 THROUGH 10,<br>OTHER JOHN DOE ENTITIES 1 THROUGH 10,<br>all whose true names are unknown,<br><br>*Defendants*. | Civil Action No. 1:18-cv-01572-TSC |

**ORDER**

This matter came before the Court on Plaintiff's Motion to Withdraw as Counsel. Having reviewed the Motion, it is **GRANTED**.

It is hereby:

**ORDERED** that Plaintiff's current counsel of record is granted leave to withdraw as Plaintiff's counsel of record; and it is

**FURTHER ORDERED** that, pursuant to Local Civil Rule 83.6(d), the Clerk of the Court shall mail a copy of this order to Plaintiff.

**SO ORDERED**.

Dated:

TANYA S. CHUTKAN
United States District Judge